# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3229
_____

United States of America

*Plaintiff - Appellee*

v.

Robert Lovett-El

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: April 1, 2016
Filed: April 6, 2016
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Robert Lovett-El directly appeals the sentence imposed by the district court[1] after he pleaded guilty to conspiring to distribute heroin and possessing a firearm in

---

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

furtherance of a drug-trafficking crime.  His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence was unreasonable.  We conclude that Lovett-El's appeal waiver should be enforced and prevents consideration of his claim.  <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); <u>United States v. Andis</u>, 333 F.3d 886, 889-90 (8th Cir. 2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result).  Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we dismiss the appeal and we grant counsel's motion to withdraw.

_____